# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAVELLE PATTERSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-5972 |
| | : | |
| BRAHEEM AMIR BUTLER, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 15th day of December, 2020, upon consideration of Plaintiff financial submission, which the Court deems to be a Motion to Proceed *In Forma Pauperis*, and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            s/ Michael M. Baylson

                                            **MICHAEL M. BAYLSON, J.**